# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DAVID D. HARNESS | JUDGMENT IN A CRIMINAL CASE<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:07mj183<br><br>Randall Lockhart, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 7&13 and FSS 322.34(2) | Driving While License Suspended With Knowledge | 5/17/07 | 1 |

Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and Special Assessment shall be paid on or before September 19, 2007.

**Assessment**  
$10.00

**Fine**  
$ 150.00

Date of Imposition of Sentence - 8/21/07

_____  
Elizabeth M. Timothy  
UNITED STATES MAGISTRATE JUDGE

Date: August 22, 2007